AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   7:26-mj-2673 |
| | ) | |
| Fernando Mireles | ) | |
| (Mexico / 1993) | ) | |
| | ) | |

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 24, 2026 _____ in the county of _____ Hidalgo _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324a(a)(1)(A) | Unlawful employment of unauthorized aliens. |
| 8 USC 1324(a)(1)(A)(iv) | Encouraging or inducing an alien to reside in the United States unlawfully. |
| 18 USC 554 | Smuggling goods out of the United States |
| 18 USC 1956 | Laundering of monetary instruments. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA Patricia Profit

/s/  Mirna Garcia
_____
*Complainant's signature*

Mirna Garcia, SA - Homeland Security Investigations
_____
*Printed name and title*

Submitted by reliable electronic means, sworn to and
attested telephonically per FED.R.CR.4.1, and probable
cause found on:

Date:  _____ 7/25/26 @ 3:38 p.m. _____

City and state:  _____ McAllen, Texas _____

_____
*Judge's signature*

Juan F. Alanis, United States Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**

The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause.

1. On June 2, 2026, Texas Department of Public Safety (DPS) conducted a traffic stop on a GMC Terrain (TX-WFR5952) for an improperly displayed registration insignia. The driver was identified as Rafael RODRIGUEZ JR, a United States Citizen. RODRIGUEZ JR confirmed the vehicle was owned by his employers, MIRELES and SANCHEZ-CARBAJAL. According to RODRIGUEZ JR, he worked at a used clothing warehouse located at 5401 S. Jackson Rd, in Pharr, Texas. RODRIGUEZ JR stated his duties were to transport workers between the Hidalgo Port of Entry (POE) and the warehouse. He reported making multiple trips daily, starting at approximately 6:00 a.m., transporting 2 -3 workers at a time, all paid in cash. According to RODRIGUEZ JR, the workers cross the border daily as pedestrians from Mexico into the U.S. and return to Mexico at the end of their workday.

2. On July 8, 2026, Hidalgo County Sheriff's Office (HCSO) conducted a traffic stop on a GMC Terrain (TX-WFR5952) for a traffic infraction. The driver was identified as Jose Ramon LAUREL-Garcia, a Border Crossing Card (BCC) visa holder. LAUREL-Garcia stated he and the other occupants were in route to a used clothing warehouse located at 5401 S. Jackson Rd, in Pharr, Texas. Three other occupants also produced BCC Visas.

3. On July 24, 2026, HSI McAllen executed a search warrant at a used clothing warehouse located at 5401 S. Jackson Rd, in Pharr, Texas, and a residence located at 401 Noble Dr., in San Juan, Texas. During the operation, HSI McAllen Special Agents (SAs) encountered Yarely SANCHEZ-Carbajal (undocumented individual) and Fernando MIRELES (United States Citizen), along with Juan Ramon LAUREL-Garcia and Juan Manuel PEREZ-Torres (BCC visa holders).

4. On July 24, 2026, HSI SAs conducted an interview with Fernando MIRELES. HSI SAs read MIRELES his Miranda rights. MIRELES stated he understood his rights and voluntarily waived them orally and in writing.

5. MIRELES made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

a.      He stated that he was the owner of a used clothing warehouse and stated he was responsible for the hiring of employees.

b.      He admitted to knowingly hiring unauthorized workers without verifying their immigration status, despite being aware of the legal requirement to do so.

 (Cont.)

# ATTACHMENT A

c.      He stated he pays his employees in cash and does not withhold taxes from their paychecks.

d.      He admitted to coordinating the transportation of unauthorized workers from the POE to his warehouse so they could work.

e.      He stated his used clothing business has monthly sales ranging from $200-$250k USD.  He sells to Mexican customers that smuggle the clothing from the United States to Mexico.  He acknowledged the clothing is illegal to sell in Mexico making the proceeds of the sales illicit.  The Mexican customers then deposit the illicit proceeds into his and his wife's, Yarely SANCHEZ-Carbajal, Mexican bank accounts.  MIRELES subsequently transfers the illicit proceeds from his Mexican bank account to his U.S. bank accounts. Note: Export queries revealed zero shipper export documentation filed for any of these entities or locations.

6. Additionally, LAUREL-Garcia and PEREZ-Torres identified MIRELES as the person who hired them and both admitted to getting paid in cash by both MIRELES and his wife.