AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br><br>v.<br><br>Yarely Sanchez Carbajal (Mexico / 1992)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  7:26-mj-2673 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 24, 2026 _____ in the county of _____ Hidalgo _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(iv) | Encouraging or inducing an alien to reside in the United States unlawfully. |
| 18 USC 554 | Illegal exportation of merchandise from the United States. |
| 18 USC 1956 | Laundering of monetary instruments. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA Patricia Profit

/s/  Mirna Garcia
_____
*Complainant's signature*

Mirna Garcia, SA - Homeland Security Investigations
_____
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: _____ 7/25/26 @ 3:38 p.m. _____

_____
*Judge's signature*

City and state: _____ McAllen, Texas _____

Juan F. Alanis, United States Magistrate Judge
_____
*Printed name and title*

**ATTACHMENT A**

The facts related in this attachment do not reflect the totality of information known to me or other agents/ officers, merely the amount needed to establish probable cause.

1. On June 2, 2026, Texas Department of Public Safety (DPS) conducted a traffic stop on a GMC Terrain (TX-WFR5952) for an improperly displayed registration insignia. The driver was identified as Rafael RODRIGUEZ JR, a United States Citizen. RODRIGUEZ JR confirmed the vehicle was owned by his employers, MIRELES and SANCHEZ-CARBAJAL. According to RODRIGUEZ JR, he worked at a used clothing warehouse located at 5401 S. Jackson Rd, in Pharr, Texas. RODRIGUEZ JR stated his duties were to transport workers between the Hidalgo Port of Entry (POE) and the warehouse. He reported making multiple trips daily, starting at approximately 6:00 a.m., transporting 2-3 workers at a time, all paid in cash. According to RODRIGUEZ JR, the workers cross the border daily as pedestrians from Mexico into the U.S. and return to Mexico at the end of their workday.

2. On July 8, 2026, Hidalgo County Sheriff's Office (HCSO) conducted a traffic stop on a GMC Terrain (TX-WFR5952) for a traffic infraction. The driver was identified as Jose Ramon LAUREL-Garcia, a Border Crossing Card (BCC) visa holder. LAUREL-Garcia stated he and the other occupants were in route to a used clothing warehouse located at 5401 S. Jackson Rd, in Pharr, Texas. Three other occupants also produced BCC Visas.

3. On July 24, 2026, HSI McAllen executed a search warrant at a used clothing warehouse located at 5401 S. Jackson Rd, in Pharr, Texas, and a residence located at 401 Noble Dr., in San Juan, Texas. During the operation, HSI McAllen Special Agents (SAs) encountered Yarely SANCHEZ-Carbajal (undocumented individual) and Fernando MIRELES (United States Citizen), along with Juan Ramon LAUREL-Garcia and Juan Manuel PEREZ-Torres (BCC Visa holders).

4. On July 24, 2026, HSI SAs conducted an interview with Yarely SANCHEZ-Carbajal. HSI SAs read SANCHEZ-Carbajal her Miranda rights. SANCHEZ-Carbajal stated she understood her rights and voluntarily waived them orally and in writing.

5. SANCHEZ-Carbajal made the following non-verbatim statements that have been paraphrased and may not be in the order in which she gave them:

a.      She stated that she was in the United States illegally.

b.      She admitted to paying unauthorized workers in cash.

c.      She admitted to coordinating the transportation of unauthorized workers (B1B2 visa holders) from the Port of Entry to the warehouse so they could work.

d.      She stated they receive payments from used clothing sales and acknowledged that she is aware the clothing is exported illegally.

e.      She stated that she sells to Mexican customers who smuggle the clothing from the United States to Mexico, acknowledging that the clothing is illegal to sell in Mexico, which makes the proceeds of the sales illicit. Additionally, she stated that their Mexican clients deposit these illicit proceeds in advance into her and her husband's, Fernando MIRELES, Mexican bank accounts, and she subsequently transfers the funds from their Mexican bank accounts to their U.S. bank accounts. (Cont.)

# ATTACHMENT A

**Note:** Export queries revealed zero shipper export documentation filed for any of these entities or locations.

6. Additionally, LAUREL-Garcia admitted to getting paid in cash by both SANCHEZ-Carbajal and her husband.