**THE STATE OF TEXAS** )
                      )                    7:26-mj-2673
**COUNTY OF Hidalgo** )


BEFORE ME, the undersigned authority, on this day personally appeared **Mirna Garcia,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says:

"I am a **Special Agent** of the **U.S. Homeland Security Investigations,** assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

| | |
|---|---|
| **Fernando MIRELES** | **YOB: 1993  Mexico** |
| **Yarely SANCHEZ-Carbajal** | **YOB: 1992 Mexico** |

in case number MC02VR25MC0006; and from my investigation, it appears that:

**MATERIAL WITNESS #1 Juan Ramon LAUREL GARCIA YOB: 1990     Mexican Citizen**
**MATERIAL WITNESS #2 Juan Manuel PEREZ TORRES YOB: 1987     Mexican Citizen**

are material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witness."

FURTHER AFFIANT SAYETH NOT.

*s/Mirna Garcia*
**Mirna Garcia, HSI Special Agent**

SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of July, 2026  *@ 3:38 p.m.*

**Juan F. Alanis**
**U.S. Magistrate Judge**