## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

UNITED STATES OF AMERICA

VS.

FERNANDO MIRELES,
YARELY SANCHEZ CARBAJAL.

CASE NO. 7:26-MJ-2673

In Re:

JUAN MANUEL PEREZ TORRES,
MATERIAL WITNESS

### MOTION TO DEPOSE MATERIAL WITNESS

COMES NOW, JOE G. JACINTO, and files this Motion to Depose Material Witness pursuant to 18 USC 3144 and Rule 15 of the Federal Rules of Criminal Procedure, and for cause would show the Court as follows:

I.

On or about July 27, 2026, the material witness Juan Manuel Perez Torres, was ordered committed to custody as a material witness in the instant case. This material witness is being held without bond in a detention facility.

II.

JUAN MANUEL PEREZ TORRES invokes Federal Rule of Criminal Procedure 15(a) and prays that deposition of his testimony be taken as soon as is practical, and that upon such deposition being completed he be released and/or deported to his home countries. This material witness's testimony can be secured by deposition.

Movant states he is indigent and asks the Court that all costs herein be paid by the Government.

WHEREFORE, PREMISES CONSIDERED, Movant prays this Court order his deposition, that a time and place be promptly designated in order that adequate notice be accomplished, and that all costs be taxed against the Government and for such further relief that the Court may deem appropriate.

Respectfully submitted,

/s/ Joe G. Jacinto
**JOE G. JACINTO**
State Bar No. 24026412
Federal Bar No. 35595
P.O. Box 1226
Edinburg, TX 78540
Phone: (956) 888-1093
joejacinto@jacintolegal.com
Attorney for Material Witness

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 28th day of July 2026, a conference was held with all counsel of record, who were unopposed to such motion.

/s/ Joe G. Jacinto
JOE G. JACINTO

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th of July 2026, a true and correct copy of the foregoing **Motion to Depose Material Witness** JUAN MANUEL PEREZ TORRES, was served by Notification of Electronic Filing upon the Assistant United States Attorney, Southern District of Texas, McAllen, Texas.

/s/ Joe G. Jacinto
JOE G. JACINTO